Rule denied, <i>per totam curiam.</i>

---

Lessee of EDWARD SHIPPEN and JOSEPH SHIPPEN *against* JOHN WELLS.

An attachment will not lie for not producing newspapers containing the advertisements of county commissioners for the sales of unseated lands for taxes, under a subpœna with a *duces tecum.*

MR. PORTER for the defendant, moved for an attachment against Francis Bailey of Philadelphia, for not attending at the last assizes, for Bedford county, and bringing with him certain printed newspapers containing the advertisements of the commissioners of that county for the sale of unseated lands for taxes, pursuant to a writ of subpœna, with a *duces tecum* therein of the said newspapers,

The motion was grounded on an affidavit, proving the service of the subpœna on Baily, and an offer of seven and a half dollars to him, for his expenses.

M'Kean C. J. It is not pretended, that Baily knows anything of the merits of the dispute between the parties. And it has been settled in this court, that a subpœna with a *duces tecum* will not lie

for such newspapers.   If the party wants the benefit of them, it behoves him to purchase them or get them in the best way he can; but an attachment will not lie against a party having them in his possession, for not producing them.   Besides, the sum tendered for his expenses to go so great a distance from his own home, was very inadequate.

Motion denied.